UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:19CR 164 |
|---|---|---|
| | ) | |
| | ) | 18 U.S.C. § 922(g)(3) |
| | ) | 18 U.S.C. § 922(g)(9) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 26 U.S.C. § 5841 |
| v. | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5871 |
| | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 921(a)(23) |
| MICHAEL THEDFORD | ) | 21 U.S.C. § 844(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 21, 2019, in the Northern District of Indiana,

**MICHAEL THEDFORD,**

defendant herein, knowing that he was an unlawful user of a controlled substance (as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802)), which was marijuana, a Schedule I controlled substance, knowingly possessed firearms and ammunition, and the firearms and ammunition were in and affecting commerce;

1

In violation of Title 18, United States Code, Section 922(g)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about March 21, 2019, in the Northern District of Indiana,

**MICHAEL THEDFORD,**

defendant herein, knowing he had been previously convicted of a misdemeanor crime of domestic violence, knowingly possessed firearms and ammunition, and the firearms and ammunition were in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(9).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about March 21, 2019, in the Northern District of Indiana,

**MICHAEL THEDFORD,**

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about March 21, 2019, in the Northern District of Indiana,

**MICHAEL THEDFORD,**

defendant herein, did knowingly possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as set forth in Count 3 of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

From on or about February 15, 2019, through and including on or about March 21, 2019, both dates being approximate and inclusive, in the Northern District of Indiana,

**MICHAEL THEDFORD,**

defendant herein, knowingly possessed firearms, which were machineguns, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

From on or about February 15, 2019, through and including on or about March 21, 2019, both dates being approximate and inclusive, in the Northern District of Indiana,

**MICHAEL THEDFORD,**

defendant herein, did knowingly possess machineguns;

In violation of Title 18, United States Code, Sections 922(o) and 921(a)(23).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

On or about March 21, 2019, in the Northern District of Indiana,

**MICHAEL THEDFORD,**

defendant herein, did knowingly and intentionally possess marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 844(a).

# FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 through 7 are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

2. Upon conviction of any one of the offenses alleged in the Indictment, **MICHAEL THEDFORD**, defendant herein, shall forfeit to the United States of America pursuant to Title 18 United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of such offenses; and pursuant to Title 21, United States Code, Section 853(a)(2), any and all property used and intended to be used, in any manner or part to commit or to facilitate the commission of such offenses, and any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violations, including but not limited to firearms, ammunition, and U.S. currency and all interests and proceeds traceable thereto, in that such sum in aggregate is property which was involved in the aforesaid offenses or is traceable to such property, in violation of 21 U.S.C. Section 841(a)(1), including but not limited

to the following:

    a. one Glock, .357 caliber firearm, bearing serial number BCNA844;

    b. one Romarm/Cugir, Micro Draco, .762 caliber firearm bearing serial number PMD-10050-18 RO;

    c. one Romarm/Cugir, Micro Draco, .762 caliber firearm bearing serial number PE-0585-2018 RO;

    d. one Glock, Model 19, nine millimeter firearm bearing serial number BHNF116;

    e. one Beretta, nine millimeter firearm, bearing serial number BER411867Z;

    f. two machine gun conversion devices;

    g. firearm magazines; and

h. ammunition.

A TRUE BILL:

*/s/ FOREPERSON*
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY


By: */s/ Caitlin M. Padula*
Caitlin M. Padula
Assistant United States Attorney


By: */s/ Kevin F. Wolff*
Kevin F. Wolff
Assistant United States Attorney