UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 2:19 CR 164 |
| v. | ) | |
| | ) | |
| MICHAEL THEDFORD | ) | |

**JOINT STATUS REPORT**

The United States of America, by Gary T. Bell, Acting United States Attorney for the Northern District of Indiana, submits this joint status report in response to the Court's request. *See* ECF No. 75.

1. The Court ordered that the defendant be evaluated for a determination of mental competency under 18 U.S.C. § 4241 and for a determination of the existence of insanity under 18 U.S.C. § 4242.

2. On March 4, 2021, the Court issued an Order setting forth the time frame for the completion of the evaluations and the BOP's reports, and the Court set a status conference for April 7, 2021. The Court provided that alternatively, the parties may file by April 2, 2021, a Joint Status Report regarding the status of defendant's examinations and the BOP's reports, and request that the telephone status conference be vacated.

3. The BOP completed its examinations of the defendant. On March 30, 2021, the BOP submitted two reports to the Court, the government, and

1

counsel for the defendant: (1) a report prepared pursuant to 18 U.S.C. § 4241, and (2) a report prepared pursuant to 18 U.S.C. § 4242. *See* ECF Nos. 76, 77. The evaluations and the reports were submitted within the time period that the Court ordered. *See* ECF No. 75.

4. Therefore, as the defendant's evaluations and the BOP's reports were completed as ordered, the government requests that the Court vacate the telephonic status conference scheduled for April 7, 2021.

5. Counsel for the government has been in contact with Irene Chan, counsel for the BOP, and Ms. Chan agrees with all of the statements set forth above.

6. Counsel for the government contacted counsel for the defense, Sheldon Nagelberg. Mr. Nagelberg informed the government that he agrees with all of the statements set forth above.

Respectfully submitted,

GARY T. BELL
ACTING UNITED STATES ATTORNEY

*/s/ Kevin F. Wolff*
Kevin F. Wolff
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel: (219) 937-5500
E-mail: kevin.wolff@usdoj.gov
Fax: (219) 852-2770